```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PARKER AVENUE, L.P.              :       CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :       NO. 13-121
```

ORDER

AND NOW, this 23rd day of April, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants City of Philadelphia and Philadelphia City Council to dismiss all of plaintiff's federal claims for failure to state a claim (Doc. #7) is GRANTED; and

(2)  the Clerk is directed to mark as WITHDRAWN, pursuant to the request of plaintiff, all of plaintiff's state law claims.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                     J.