```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PARKER AVENUE, L.P.             :     CIVIL ACTION
                                :
         v.                     :
                                :
CITY OF PHILADELPHIA, et al.    :     NO. 13-121
```

ORDER

      AND NOW, this 15th day of August, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants City of Philadelphia and Philadelphia City Council to dismiss the amended complaint for failure to state a claim (Doc. #17) is GRANTED.

                                             BY THE COURT:

                                             /s/ Harvey Bartle III
                                                                 J.